UNITED STATES OF AMERICA )
)
v. ) Criminal No. 07-439
)
YASIN AWNI SHUMAN )

## GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Troy Rivetti, Assistant United States Attorney for said District, and respectfully files the following Government's Position with Respect to Sentencing Factors:

1. The government received the Presentence Report for Yasin Shuman and conferred with the Probation Officer and counsel for the defendant regarding the contents of the Presentence Report.

2. The government hereby states that it has no objections, additions, and/or modifications to the Report which affect the advisory guidelines range.

3. The government has the following factual correction to the Report: Paragraph 12 of the Report asserts that the "final business named in the indictment is Associates, d/b/a Super

Dollar." The correct name of the business is "5801 Penn Avenue Associates, Inc., d/b/a Super Dollar Store." The correction does not affect the advisory guidelines range.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


By: s/Troy Rivetti
Troy Rivetti
Assistant U.S. Attorney
U.S. Post Office & Courthouse
Suite 400
Pittsburgh, PA 15219
(412)644-3500 (Phone)
(412)644-2645 (Fax)
Troy.Rivetti@usdoj.gov
PA ID No. 56816