IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
                                  )
        V.                        )    Criminal No. 07-439
                                  )
                                  )
YASIN AWNI SHUMAN                 )

## POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS

Pursuant to Local Rule 32.1D, Yasin Awni Shuman, Defendant above-named, by his attorney, Stanton D. Levenson, Esquire, states that he has received and reviewed the Presentence Investigation Report and has the following object thereto:

1.    With regard to restitution, victims Metrocall and TR Services no longer exist.  It is possible that other companies on the Victim List are also no longer in business.

Respectfully submitted,

*/s/Stanton D. Levenson*
Stanton D. Levenson
Attorney for Defendant
PA I.D. 00765
1715 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 355-0650